UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK DUNBAR, *et al.*,

    Plaintiffs,                                    Case No. 20-cv-13159
                                                     Hon. Matthew F. Leitman

v.

MENARD, INC.,

    Defendant.

_____/

## **ORDER EXTENDING DATES**

On June 28, 2022, the Court held an off the record status conference with the parties in this action. As agreed during that status conference, the Court **ORDERS** that the parties shall complete discovery by not later than **August 29, 2022**. The Court further **ORDERS** that:

- By not later than **September 19, 2022**, counsel for Defendant shall file on the Court's docket written notice as to whether Defendant intends to file a motion for summary judgment;

- If counsel for Defendant informs the Court that it intends to file a motion for summary judgment, that motion shall be due by not later than **October 13, 2022**. Plaintiffs' response to Defendant's summary judgment motion shall then be due by not later than **November 14, 2022**. Defendant's reply in support of summary judgment shall be due by not later than **November 28, 2022**.

1

- All other dates set prior to this Order are canceled and no longer in effect.

The Court shall set further dates upon resolution of any such motion for summary judgment, if necessary.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  June 28, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126